ARDENT LAW GROUP, P.C.
Hubert H. Kuo (Cal. Bar No. 204036)
Alexander J. Chang (Cal. Bar No. 247921)
2600 Michelson Dr., Suite 1700
Irvine, CA 92612
Telephone: (949) 863-9782
Facsimile: (949) 863-9783
Email: hkuo@ardentlawgroup.com
       achang@ardentlawgroup.com

Attorneys for Plaintiff
Boiling Point Corporation, a California corporation

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOILING POINT CORPORATION, a California corporation,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>W. STAGE CATS, INC., a California corporation, dba HOT SPOT TAIWANESE RESTAURANT; YU-CHIEN WENG, an individual; and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No.: 12-CV-10292<br><br>**STIPULATION OF DISMISSAL PURSUANT TO SETTLEMENT** |

　　　　Plaintiff Boiling Point Corporation and Defendants W. Stage Cats, Inc., dba Hot Spot Taiwanese Restaurant, and Yu-Chien Weng, by and thought their respective undersigned attorneys, hereby agree that this case has been settled and that all issues and controversies have been resolved to their mutual satisfaction. The parties further stipulate to dismissal with prejudice of the complaint in this action pursuant to Fed. R. Civ. P. 41(a), and subject to the terms and conditions of the parties' *Settlement Agreement and Mutual Release of Claims* entered into on February 15, 2013 (the "Settlement Agreement"). The parties respectfully request that the Court retain jurisdiction to enforce the terms of the terms of the Settlement

//

1  Agreement under the authority of *Kokkonen v. Guardian Life Insurance Company*,
2  511 U.S. 375, 381-82 (1994).
3
4  Dated: February 15, 2013            Respectfully submitted,
5
6                                       By: _____
                                            Hubert H. Kuo
7                                           Alexander J. Chang
                                            ARDENT LAW GROUP, P.C.
8                                           2600 Michelson Dr., Ste. 1700
                                            Irvine, CA 92612
9                                           Tel:  (949) 863-9782
                                            Fax:  (949) 863-9783
10                                          Email: hkuo@ardentlawgroup.com
                                                   achang@ardentlawgroup.com
11                                          Attorneys for Plaintiff
                                            BOILING POINT CORPORATION
12                                      By: _____
13                                          Tommy SF Wang
                                            Katherine A. Podein
14                                          YANG & WANG, P.C.
                                            355 S. Grand Ave, Ste. #2450
15                                          Los Angeles, CA 90071
                                            Tel:  (909) 520-4381
16                                          Fax:  (888) 827-8880
                                            Email: twang@yangwanglaw.com
17                                                 kpodein@yangwanglaw.com
                                            Attorneys for Defendants
18                                          W. STAGE CATS, INC., dba HOT SPOT
                                            TAIWANESE RESTAURANT, and
19                                          YU-CHIEN WENG
20
21
22
23
24
25
26
27
28

ARDENT LAW GROUP, PC
2600 Michelson Dr., Suite 1700
Irvine, California 92612
Telephone: (949) 863-9782
Facsimile: (949) 863-9783

STIPULATION OF DISMISSAL PURSUANT TO SETTLEMENT