JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOILING POINT CORPORATION, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>W. STAGE CATS, INC., a California corporation, dba HOT SPOT TAIWANESE RESTAURANT; YU-CHIEN WENG, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 12-CV-10292<br><br>**[PROPOSED] ORDER DISMISSING CASE PURSUANT TO STIPULATION** |

WHEREAS, pursuant to the *Stipulation of Dismissal Pursuant to Settlement* dated February 15, 2013, Plaintiff Boiling Point Corporation and Defendants W. Stage Cats, Inc., dba Hot Spot Taiwanese Restaurant, and Yu-Chien Weng, by and through their respective attorneys: (i) agree that this case has been settled and that all issues and controversies have been resolved to their mutual satisfaction; (ii) stipulate to dismissal with prejudice of the complaint in this action pursuant to Fed. R. Civ. P. 41(a), and subject to the terms and conditions of the parties' *Settlement Agreement and Mutual Release of Claims* entered into on February 15, 2013 (the "Settlement Agreement"); and (iii) request that this Court retain jurisdiction to

//

enforce the terms of the terms of the Settlement Agreement under the authority of *Kokkonen v. Guardian Life Insurance Company*, 511 U.S. 375, 381-82 (1994);

**THEREFORE, IT IS HEREBY ORDERED:**

1. The parties shall comply with the terms of their Settlement Agreement entered into on February 15, 2013.

2. By consent of the parties, the Court shall retain jurisdiction for the purpose of enforcing the terms of the Settlement Agreement.

3. Except as provided for in paragraphs 1 and 2 above, this case is dismissed with prejudice. Each party shall bear its or her own attorneys' fees and costs.

Dated: 2/20/13

*Dale S. Fischer*
UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] ORDER DISMISSING CASE PURSUANT TO STIPULATION